# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER EASON

NO. 2026 KW 0301

**MAY 18, 2026**

---

In Re:    Christopher Eason, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1402840.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT